```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
WILLIAM WYATT HEADY,

                    Plaintiff,
                                              21-cv-794 (JGK)
        - against -
                                              ORDER
METRO-NORTH COMMUTER RAILROAD
COMPANY,

                    Defendant.
------------------------------------
```

JOHN G. KOELTL, District Judge:

The parties should submit Rule 26(f) report by **March 21, 2021**.

SO ORDERED.

Dated:   New York, New York
         March 18, 2021

                                    ____/s/ John G. Koeltl_____
                                         John G. Koeltl
                                    United States District Judge

1