420 Lexington Avenue
New York, NY 10170
www.mta.info

Catherine A. Rinaldi
President



April 7, 2021

> Conference adjourned to April 26, 2021, at 3:00 p.m.
> SO ORDERED
> /s/ John G. Koeltl
> April 7, 2021         John G. Koeltl
> New York, NY          U.S.D.J.

**Via ECF**

Honorable Judge John G. Koetl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   William Heady v. Metro-North Commuter Railroad
      File No.: 21-cv-794 (JGK)
      Pre-Trial Conference: April 22, 2021

Dear Honorable Judge Koetl:

I represent the defendant, Metro-North Commuter Railroad ("Metro-North") in this matter.

This letter is a joint request by both parties to adjourn and re-schedule the April 22, 2021 Pre-Trial conference.

Please be advised that my office just became aware of this conference and upon checking my schedule, I found that I have a scheduling conflict.  I am scheduled for a 2:30 mediation/settlement conference in the matter of Kabir v. Metro-North before Magistrate Judge Ona T. Wang.  Please be advised that I am the only attorney handling personal injury matters on behalf of Defendant Metro-North.  As such, it is very necessary that the conference be adjourned so that I could make myself available.

Per your court's rules, please be advised of the following:

1.    Pre-trial conference original date is 4-22-21;
2.    This is the first request of adjournment by this office;
3.    Not applicable;
4.    I have spoken to my adversary.

MTA Metro-North Railroad is an agency of the Metropolitan Transportation Authority, State of New York
**Patrick J. Foye**, MTA Chairman and CEO

Depending on the Court's schedule, both parties can make themselves available for a conference on either April 28 or 30th (morning).

Thank you for your courtesies in this matter.

Yours truly,

Alan Muraidekh
Assistant Counsel
(212) 340-2203

cc: William L. Myers, Jr., Esq. (Via ECF)