UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM WYATT HEADY,

               Plaintiff,

- against -

METRO-NORTH COMMUTER RAILROAD COMPANY,

               Defendant.

21-cv-794 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should advise the Court by September 24, 2021 whether the assistance of the magistrate judge for purposes of settlement would be useful.

SO ORDERED.

Dated:    New York, New York
          April 30, 2021

                                        John G. Koeltl
                                  United States District Judge

1